BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-02798-EJG-EFB |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| ASSORTED JEWELRY, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Edmund F. Brennan on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2.   Hanny Bekhit, Yolande Bekhit and Kaiser Bekhit are held in default.

3.   A judgment by default is hereby entered against any right, title or interest of Hanny Bekhit, Yolande Bekhit and Kaiser Bekhit in the defendant assorted jewelry referenced in the above-caption.

4.   A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant assorted jewelry to the United States, to be disposed of according to law.

5.   All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this <u>8th</u> day of <u>April</u>, 2010.

                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       United States District Judge